[No. 32260-9-II.   Division Two.   September 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG GLEASON, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 04-1-00044-9, Joel M. Penoyar, J., entered September 17, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Houghton, JJ.

[No. 22647-6-III.   Division Three.   September 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH EARL DAVIES, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-00458-1, Robert G. Swisher, J., entered December 11, 2003. *Affirmed as modified* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Brown, JJ.

[No. 23071-6-III.   Division Three.   September 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY GEORGE FREY, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 03-1-01440-6, James P. Hutton, J., entered May 18, 2004. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 23216-6-III.   Division Three.   September 13, 2005.]

JULIE E. BYERS, *Respondent*, v. FRED L. WARNER ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-00061-7, Harold D. Clarke III, J., entered June 29, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis and Kurtz, JJ.